# United States Court of Appeals

## For the Eighth Circuit

_____

No. 13-2411

_____

Miguel Lopez Estrada

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: February 14, 2014
Filed: February 26, 2014
[Unpublished]

_____

Before WOLLMAN, MURPHY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Miguel Lopez Estrada, a citizen of Mexico, petitions for review of an order of the Board of Immigration Appeals (BIA), upholding an immigration judge's decision that Estrada was ineligible for adjustment of status. After careful review, we find no basis for reversal. In particular, we conclude that the BIA's finding that Estrada had falsely represented himself as a United States citizen in order to obtain employment

was supported by substantial evidence on the administrative record as a whole, and that the BIA properly applied the law to its findings in deciding Estrada was ineligible for adjustment of status. See Hashmi v. Mukasey, 533 F.3d 700, 702-04 (8th Cir. 2008) (standard of review; alien was inadmissible and therefore was ineligible for adjustment of status where alien checked "citizen or national" box on Form I-9 for purposes of falsely representing himself as "a citizen" to secure employment; finding that alien had falsely represented himself as citizen was supported by evidence that he had falsely told his employer he was born in United States). Accordingly, we deny the petition for review. See 8th Cir. R. 47B.

_____